*E-Filed 4/5/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE SMITH, | No. C 15-4405 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SAN FRANCISCO POLICE DEPARTMENT and DEBORAH MADDEN, | |
| Defendants. | |

Plaintiff has failed to comply with the Court's order to file an amended complaint by the deadline. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain an amended complaint compliant with the Court's order dismissing the complaint with leave to amend (Docket No. 7). The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: April 5, 2016

RICHARD SEEBORG
United States District Judge